IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUVERNE L JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3016 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on plaintiff's motion for leave to appeal in forma pauperis the finding of the Social Security Administration. Filing No. 2. The Court has reviewed the request and the affidavit and finds the motion to proceed in forma pauperis should be granted.

THEREFORE, IT IS ORDERED that plaintiff's motion to proceed in forma pauperis, Filing No. 2, is granted.

DATED this 2nd day of February, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge